BAYER HEALTHCARE LLC, Plaintiff–Appellant,

v.

CENTOCOR ORTHO BIOTECH, INC., Defendant–Appellee.

No. 2011–1207.

United States Court of Appeals, Federal Circuit.

May 25, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).